IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

GREGORY TURMAN,                        )
                                       )
                Plaintiff,             )
                                       )
        v.                             )          CV 123-079
                                       )
KIMBERLY W. SCHROER, et al.,           )
                                       )
                Defendants.            )
                                   _____

**O R D E R**
                                   _____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 12.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___16th___ day of October, 2023, at Augusta, Georgia.


J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA